MARIA DORAZIO, as Administratrix of the Estate of FRANCESCO DORAZIO, Deceased, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Defendant, and UNITED· BOTTLE SUPPLY CORPORATION, Appellant.

Submitted November 15, 1943; decided November 24, 1943.

*James H. Brassel* and *Fred L. Gross* for motion.

*Robert McGowan Smith, Joseph Lonardo* and *Joseph P. Rudden* for plaintiff-respondent, opposed.

*Irving W. Young, H. N. Wells* and *Ralph W. Brown* for defendant New York Telephone Company, opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the movant may appeal as of right from so much of the determination of the Appellate Division as modifies the recovery against the movant.

On such appeal as of right it may review only the judgment against the appellant and not the judgment as to appellant's codefendant as to which latter judgment appellant is not a party aggrieved.